# EXHIBIT

# A

 **Gmail**            **Samantha Stone <samanthastone5910@gmail.com>**

---

## Urgent Concern Regarding Faculty Conduct and Student Safety
8 messages

---

**Samantha Stone** <samanthastone5910@gmail.com>          Tue, Feb 25, 2025 at 9:59 AM
To: Christopher Day <cday@cardigan.org>, Nicholas Nowak <nnowak@cardigan.org>, Joe Doherty <jdoherty@cardigan.org>

Dear Nick, good morning....

I am writing to formally address a deeply troubling incident involving Mr. Collins, who has faced no disciplinary action after assaulting my son, I███, a minor. This lack of accountability is alarming and raises serious concerns about the message being sent to both faculty and students—that it is acceptable for a teacher to physically harm a child, particularly a Black child.

I am struggling to understand why I███ is being treated with such disregard despite being injured. Just yesterday, another faculty member singled him out and demanded that he clean the dining room table. I cannot ignore these ongoing incidents, and I am concerned about the pattern of treatment he is experiencing.

Nick, I need to understand what actions are being taken to address this situation. This is not just about my son—it's about the overall safety and well-being of all students under your care. I expect a prompt and thorough response regarding the steps being taken to ensure accountability and prevent further harm.

I look forward to your immediate attention to this matter.

Sincerely,


~Sent from a mobile phone – please excuse the brevity of the message~

Sincerely,

Samantha Stone,
718-916-5974 (Mobile)
888-482-4855 (Office )

eXp Commercial Advisor I Broker Associate

---

**Samantha Stone** <samanthastone5910@gmail.com>          Tue, Feb 25, 2025 at 10:40 AM
To: Meredith Frost <mfrost@cardigan.org>
Cc: Ryan Frost <rfrost@cardigan.org>

Sorry I should have cc you on this. The insensitive teacher was Mr. Langetieg.. this kid just got hurt and is in pain and communicated what should be evident to th eye.
[Quoted text hidden]
[Quoted text hidden]

---

**Samantha Stone** <samanthastone5910@gmail.com>          Tue, Feb 25, 2025 at 3:37 PM
To: Malik Harvey <mharvey@cardigan.org>


~Sent from a mobile phone – please excuse the brevity of the message~

Sincerely,

Samantha Stone,

~Sent from a mobile phone – please excuse the brevity of the message~

Sincerely,

Samantha Stone,
718-916-5974 (Mobile)
888-482-4855 (Office )

eXp Commercial Advisor I Broker Associate

[Quoted text hidden]

---

**Christopher Day** <cday@cardigan.org>                                        Thu, Feb 27, 2025 at 10:27 AM
To: Samantha Stone <samanthastone5910@gmail.com>
Cc: Nicholas Nowak <nnowak@cardigan.org>, Joe Doherty <jdoherty@cardigan.org>

Hi Samantha,
I wanted to check in with you since replying to your last email. In the short term I can tell you
that I████ will not be in class with Mr. Collins for the remainder of this week and we're fully
cooperating with the police toward a resolution to this matter.
Please let me know if you want to talk or if you have any questions.
Best wishes,
Chris
[Quoted text hidden]

---

**Samantha Stone** <samanthastone5910@gmail.com>                               Thu, Feb 27, 2025 at 10:30 AM
To: Christopher Day <cday@cardigan.org>

Thank you for letting me know... I will reach out soon.  Boys home, hands full.
[Quoted text hidden]
[Quoted text hidden]

---

**Samantha Stone** <samanthastone5910@gmail.com>                               Wed, Mar 26, 2025 at 12:52 AM
To: Mark Cheong <mcheong@inspiringyoungminds.org>

Hi Mark, It was great speaking with you tonight. Thanks for listening.
I emailed them about the assault days after I reported it. The assault took place on January 7th...

- **Samantha Stone**
- **Commercial Real Estate Advisor**
- eXp Commercial
- 718-916-5974
- samantha.stone@expcommercial.com
- **Find Your Ideal Industrial/Retail Space:** Click Here

[Quoted text hidden]

# EXHIBIT

# B

 Gmail                                    **Samantha Stone <samanthastone5910@gmail.com>**

## I███h fracture xray dr- note- - 28-Feb-2025, 15:50

**Samantha Stone <samanthastone5910@gmail.com>**                Sat, Mar 22, 2025 at 6:15 PM
To: Meredith Frost <mfrost@cardigan.org>, Ryan Frost <rfrost@cardigan.org>

Mr. Mrs Frost,
Good evening, I hope you are well and enjoying the brake.  Boys will be returning on Monday..I wanted to make sure you received this, as Isaiah for the next 2 weeks still needs to take it easy on the ankle.  As turns out, he did have a fracture. The boot was removed today and now the brace was placed.  Thanks for your support and attention in this matter. See attached.

~Sent from a mobile phone – please excuse the brevity of the message~

Sincerely,

Samantha Stone,
718-916-5974 (Mobile)
888-482-4855 (Office )

eXp Commercial Advisor I Broker Associate

---

 I███h fracture xray dr- note- 28-Feb-2025 15-50-52.pdf
1298K

# Biebel & DeCotiis Podiatry Associates

*Podiatric Medicine – Foot & Ankle Surgery*

**Dr. Mark A. Biebel, F.A.C.F.A.S.\***
Diplomate, American Board Foot and Ankle Surgery

**Dr. Mark A. DeCotiis, F.A.C.F.A.S.\***
Diplomate, American Board Foot and Ankle Surgery

**Dr. Gina M. Lagnese, F.A.C.F.A.S.\***
Diplomate, American Board Foot and Ankle Surgery

**Dr. Demetrios J. Grossos, F.A.C.F.A.S.\***
Diplomate, American Board Foot and Ankle Surgery

**Dr. Michael B. Warren, A.A.C.F.A.S.**
Foot and Ankle Surgery

721 North Beers Street
Suite 2C
Holmdel, NJ 07733
Telephone 732-888-1717
Fax 732-888-2101

1000 Route 35 South
Suite 200
Middletown, NJ 07748
Telephone 732-837-3313
Fax 732-837-3314

## Disability Certificate

Today's Date: 3/22/25

This is to certify that ___J██████  S██████___ has been
under my professional care from _____ to __3/22/25__.

As of this date he/she is:

_____ Still unable to return to work/school.

_____ Sufficiently recovered to resume a normal workload.

__X__ Sufficiently recovered to return to work/school with the following
limitations.

J█████ cannot do any sports/gym for
the next 2 weeks. He can gradually increase
activity as tolerated after 4/5/25.

Dr. _____

MEMBER\* _____
American College of Foot and Ankle Surgeons

Podiatric Physicians Providing Comprehensive Care



Biebel & DeCotiis Podiatry Associates

*TigerView 8*

1000 Route 35
Middletown, NJ 07748
(732) 837-3313



Date: 2/28/2025
Laterality: Left
Anat. Region: Ankle
View Position: Lateral

Patient Name: Josiah Stone
Patient ID: 45610
Gender: Male
Patient DOB: 9/11/2008

Provider: Biebel DeCotiis and Lagnese
Phone:
Image taken on: 2/28/2025

**Biebel & DeCotiis Podiatry Associates**
1000 Route 35
Middletown, NJ 07748
(732) 837-3313



Patient Name: Josiah St█████

Patient ID: 45610

Gender: Male

Patient DOB: █████2008

Provider: Biebel DeCotiis and Lagnese

Phone:

Image taken on: 2/28/2025

# EXHIBIT

# C

 Gmail

Samantha Stone <samanthastone5910@gmail.com>

# Urgent Concern Regarding Joshua's Treatment and Request for Meeting and Accommodation.

5 messages

**Samantha Stone** <samanthastone5910@gmail.com>                          Sat, Apr 26, 2025 at 3:08 AM
To: Christopher Day <cday@cardigan.org>, Nicholas Nowak <nnowak@cardigan.org>, Malik Harvey
<mharvey@cardigan.org>, Meredith Frost <mfrost@cardigan.org>, Ryan Frost <rfrost@cardigan.org>

Dear Mr. Day,

If Coach Frost no longer wishes for Joshua to remain on the team, that is his decision to make. However, to speak down to a 15-year-old boy, telling him he is "a disgrace to this school" and stating that "he wouldn't be on the team if it were up to him," is completely unacceptable. As Athletic Director, Mr. Frost should be expected to lead with wisdom, restraint, and empathy, particularly given the years of coaching experience he claims to have. Instead, what was witnessed by parents was a grown man berating, belittling, and screaming at a 140-pound child—spitting hurtful words into his face.

This is not leadership. It is an abuse of authority—and sadly, it appears to be a growing pattern at Cardigan.

Mr. Day, I must ask plainly: following my prior email in which I affirmed my support of Joshua's decision to remain at Cardigan, has there been a faculty-wide agreement to push him out? If Joshua is being singled out because of the concerns I previously raised about the mistreatment of my other son, Isaiah, that would be deeply troubling.

Let me be clear: it is not Joshua's fault, nor Isaiah's, that Mr. Frost's longtime colleague, Mr. Collins, engaged in a pattern of misconduct toward students and faced no accountability. If there is now silent retaliation against my children for speaking truth, it would be a tragic reflection on the school's leadership.

If I am wrong, and Joshua is not being singled out because of this history, then I respectfully ask you to help me understand why he is being treated this way.

Furthermore, it is no secret to anyone at Cardigan that Joshua is diagnosed with ADHD and has an active IEP in place. The school has an obligation to protect—not worsen—the educational experience for students who already face unique challenges. Joshua himself has reported feeling that he has been treated "like a dog" by Mr. Langatieg and today described feeling "like a slave" after his interaction with Mr. Frost. He shared that Mr. Frost **screamed at him in front of other parents, repeatedly called him "boy," grabbed his shoulder more than once**, and told him to "shut up when I'm talking to you, boy." He was further told, "you're a disgrace to this school," and "if it were up to me, you wouldn't be on that field again." This all occurred in front of many witnesses, including his brother Isaiah. That any student—particularly a 15-year-old Black boy—would be spoken to and physically handled in this manner by an adult in authority is deeply alarming and completely unacceptable.

As I stated earlier in the year, if Joshua's presence on the team was not valued, he could have been respectfully dismissed without subjecting him to public humiliation and emotional harm.

I respectfully request an immediate meeting to discuss these concerns.
Please respond no later than **close of business Monday, April 28**, so that we can schedule a time to meet either in person or virtually without further delay.

Additionally, given the emotional distress Joshua is experiencing, combined with his ADHD diagnosis and IEP, I am formally requesting that Cardigan consider providing an academic accommodation allowing Joshua to complete the remainder of the year from home. I am willing to work cooperatively with his teachers to ensure all academic obligations are completed remotely.

Finally, I respectfully expect that no adverse actions, retaliation, or negative treatment will be directed toward my older son Isaiah, who remains enrolled and is scheduled to graduate in May.

I appreciate your immediate attention to this serious matter and look forward to your prompt reply.

Sincerely,
Samantha Stone



 **Gmail**

Samantha Stone <samanthastone5910@gmail.com>

## Failure of Leadership and Continued Harm Toward My Sons

**Samantha Stone** <samanthastone5910@gmail.com>          Sat, May 31, 2025 at 12:11 PM
To: Malik Harvey <mharvey@cardigan.org>
Cc: Nicholas Nowak <nnowak@cardigan.org>, Meredith Frost <mfrost@cardigan.org>, Christopher Day
<cday@cardigan.org>, Joe Doherty <jdoherty@cardigan.org>
Bcc: Terry Winston <destinycoaching@msn.com>, Kevin Jr <KYDStone127@gmail.com>

Mr.Harvey,

While I appreciate the tone of your response, I cannot overlook the deeper truth: what has happened to my sons under the leadership at Cardigan is not just disappointing—it is inexcusable.

A phone call was **immediately requested** following the incident in which **Mr. Ryan Frost physically grabbed my son Joshua and screamed that he was a "disgrace" to the school.** That call still has not happened. There was no follow-up, no accountability—just silence.

Let me be absolutely clear: **if anyone has brought disgrace to this institution, it is not my son—it is the leadership that has allowed certain athletic directors to abuse their power without consequence.** And what's worse is the number of adults who stood by and enabled it—those who pretended to be investigating, or claimed they "didn't see it." Your silence did not go unnoticed. **I paid attention.**

Mr. Doherty once told me that Joshua was "loved." And yet, he was overlooked for every leadership position, despite the fact that **he improved every space he entered.** Then, in a blatant act of retaliation, **he was demoted from varsity to JV football by Mr. Langatieg**—a move clearly meant to humiliate him. Ironically, **Joshua was the very reason the team ever won.** I was contacted by multiple parents who thanked me for what he brought to the team. So no—I don't believe the narrative that he had "allies" and was treated fairly. **He was not.** And neither was Joshua.

I defended and tried to protect one son—and you **ALL** retaliated against the other.
**Shame on you.**

The message has been painfully clear: **protect the staff, silence the truth, and dismiss the pain of families of color.**

And yes—**a cold shoulder is the least of what Joshua experienced.** Outside of Mr. Harvey, he was clearly ignored. The emotional isolation he felt was real and deeply damaging. His state of mind became unrecognizable—**something we had never seen in him before Cardigan.**

Even more disturbing was the moment **Mr. Langatieg purposefully took Joshua around a group of white men openly carrying firearms.** That was not a mistake. The physical intimidation and racial overtones were unmistakable. No wonder Joshua pulled back from communicating—**he was shocked into silence.** And when he was later asked about the men with guns, he responded in a way only he could:
**"I didn't notice. My white privilege doesn't pay attention to those things."**

That's not just a clever remark. That's a wound speaking.

I am still waiting for the phone conversation your team continues to postpone. But understand this: I will not allow what happened to my sons to be smoothed over, minimized, or buried beneath polished language and institutional deflection.

Sincerely,
**Samantha Stone**


~Sent from a mobile phone – please excuse the brevity of the message~

Sincerely,

Samantha Stone,
718-916-5974 (Mobile)

In the meantime, please give my best to Josh,
Chris

On Wed, May 7, 2025 at 11:27 AM Samantha Stone <samanthastone5910@gmail.com> wrote:

Mr. Day, good morning,

Thank you for confirming J████withdrawal and for facilitating the next steps regarding his academic records. Yes, he did make it home safely, and while we are grateful to have him back, we are still processing the emotional weight of everything that transpired leading up to this point.

I understand and respect your acknowledgment that working with middle school boys presents challenges and that Cardigan strives to uphold high standards. However, as a parent, it is my responsibility to advocate when those standards fall short—especially when the wellbeing of my child is at stake.

I want to follow up again on a specific and deeply concerning matter: **When can we expect an apology from Mr. Frost for telling J████ he was "a disgrace to the school"?** Regardless of the context, such language directed at a 15-year-old child is damaging and entirely unacceptable. It is not a matter of differing perspectives —it is a matter of accountability. An adult in a leadership role using those words to humiliate a student should not go unaddressed.

Despite our decision to withdraw J███ we are still awaiting an acknowledgment that this was wrong. We believe it is important for J███ healing, for your school community, and for the kind of culture Cardigan says it aspires to.

I hope we can receive a response on this specific issue promptly.

Thank you again for your time.

Sincerely,
Samantha Stone


~Sent from a mobile phone – please excuse the brevity of the message~

Sincerely,

Samantha Stone,
718-916-5974 (Mobile)
888-482-4855 (Office )

eXp Commercial Advisor I Broker Associate


On Wed, May 7, 2025, 9:01 AM Christopher Day <cday@cardigan.org> wrote:

Hi Samantha,

First, I trust that J███ made it home safely yesterday and I'm sure that you're happy to have him home. I know that he is missed by many here. This morning, Nick announced to the community that J███ had withdrawn for personal reasons and made it clear that there was nothing punitive about it. I accept your formal notice of withdrawal for J███ and have added Leo Connolly (Academic Dean) and JoAnn Rauert (Business Office) to the list you sent your email to so that they can close out J███s academic record and make sure that his student account is clear.

As I mentioned in previous email correspondences with you, I know this has been a difficult year in various ways for each of your sons. They are both neat kids and have gobs of potential in their own individual ways. I have indicated to you previously that as a parent of two Cardigan boys myself, I know that there is rarely a smooth path for middle school boys. And, while Cardigan (or any organization that works with kids) is

# EXHIBIT

# D

 **Gmail**

Samantha Stone <samanthastone5910@gmail.com>

## Formal Withdrawal of J████ Stone– 9th Grade Enrollment (Fall 2025)

2 messages

---

**Samantha Stone** <samanthastone5910@gmail.com>        Tue, May 6, 2025 at 9:38 PM
To: Christopher Day <cday@cardigan.org>, Nicholas Nowak <nnowak@cardigan.org>, Chip Audett <caudett@cardigan.org>,
Malik Harvey <mharvey@cardigan.org>, Joe Doherty <jdoherty@cardigan.org>
Bcc: Terry Winston <destinycoaching@msn.com>, Kevin Jr <KYDStone127@gmail.com>, Isaiahjn Stone med
<Stonelsaiah25@gmail.com>

Dear Mr. Day,

I am writing to formally withdraw my son, J████ S████, from Cardigan Mountain School and to decline the previously awarded 9th-grade scholarship for the 2025–2026 academic year.

While J████ has completed his 8th-grade year, and we initially anticipated his continued enrollment, I have made the difficult but necessary decision not to have him return in the fall. This decision is rooted in a series of deeply concerning incidents involving emotional harm, breaches of his IEP accommodations, and mistreatment by members of the faculty—specifically, **Athletic Director Mr. Ryan Frost, Coach Kelleher and Secondary advisory Mr. Langatieg**. Their repeated verbal aggression, including demeaning language and, in Mr. Frost's case, physical intimidation, have contributed significantly to our decision to withdraw.

Cardigan Mountain School publicly upholds core values of **Compassion, Integrity, Respect, and Courage**. Unfortunately, our family's experience has shown a profound disconnect between those stated values and the reality J████ faced on campus. He was subjected to treatment that no child—especially a Black student with a diagnosed learning difference—should ever endure. This treatment left lasting emotional harm and undermined the sense of safety and dignity that every student is entitled to.

Despite my prior outreach, **Head of School Mr. Day has not offered any meaningful support, proposed solutions, or concrete steps to ensure J████'s safety moving forward.** The absence of action, paired with the school's knowledge of repeated misconduct by faculty, has made it impossible for us to trust that J████'s well-being would be protected should he return.

As a parent, I cannot in good conscience allow my son to return to an environment that has repeatedly failed him. Please consider this letter as a complete withdrawal of J████'s enrollment and any financial aid or scholarship associated with his 9th-grade attendance. Kindly confirm in writing that his student record has been updated accordingly, and that there will be no financial or academic obligations moving forward.

We are grateful for the initial opportunity offered through the Cardigan scholarship, but our focus now is ensuring that J████ continues his academic and athletic journey in a setting that values his potential, protects his well-being, and upholds the core values it claims to represent.

Sincerely,
**Samantha Stone**
718-916-5974

~Sent from a mobile phone – please excuse the brevity of the message~

Sincerely,

Samantha Stone,
718-916-5974 (Mobile)
888-482-4855 (Office )

eXp Commercial Advisor I Broker Associate

---

**Christopher Day** <cday@cardigan.org>        Wed, May 7, 2025 at 9:01 AM
To: Samantha Stone <samanthastone5910@gmail.com>

 Gmail

**Samantha Stone <samanthastone5910@gmail.com>**

---

## Withdrawal from 2025–2026 Enrollment for Isaiah Stone

**Samantha Stone** <samanthastone5910@gmail.com>                    Mon, Jul 28, 2025 at 2:02 PM
To: "Conklin, Scott" <sc@episcopalhighschool.org>

Dear Mr. Conklin,

I hope this message finds you well. I wanted to extend my sincere gratitude for the opportunity extended to Isaiah at Episcopal High School.

When we first connected, I shared some of Isaiah's struggles at Cardigan, but I was hopeful that things were on the upswing. Unfortunately, our family has continued to face some significant challenges, and Isaiah has not been coping well emotionally.

Most recently, he learned about the serious injury his father sustained, and it has affected him deeply. At this time, I believe he requires more direct emotional support and care than I expect would be possible in a traditional boarding environment, as wonderful as Episcopal is.

With a heavy heart, I must let you know that we will not be able to move forward with enrollment for the 2025–2026 school year. This decision was not made lightly, and I'm truly sorry for any inconvenience it may cause.

Please let me know what steps we need to take to formally withdraw from the opportunity and scholarship. I am happy to speak further if needed.

Thank you again for your understanding and kindness throughout this process.

Warm regards,
**Samantha Stone**

~Sent from a mobile phone – please excuse the brevity of the message~

Sincerely,

Samantha Stone,
718-916-5974 (Mobile)
888-482-4855 (Office )

eXp Commercial Advisor I Broker Associate

# EXHIBIT

# E

 Gmail

Samantha Stone <samanthastone5910@gmail.com>

# Questions Regarding J██ and I██████ Belongings & Care

2 messages

**Samantha Stone** <samanthastone5910@gmail.com>                                Wed, May 28, 2025 at 4:22 PM
To: Nicholas Nowak <nnowak@cardigan.org>
Cc: Malik Harvey <mharvey@cardigan.org>, Meredith Frost <mfrost@cardigan.org>, Christopher Day <cday@cardigan.org>
Bcc: Isaiahjn Stone med <StoneIsaiah25@gmail.com>, Josh Stone <duckmaster2029@gmail.com>, Kevin Jr
<KYDStone127@gmail.com>

Hi Nick,

I hope you're doing well.

I wanted to follow up on a few things. J██ mentioned that some of his items would be mailed, but when I checked I██████ room, there were just two poorly packed boxes with no tape on the top or bottom. Some of his belongings were inside, but the fan and other items he expected weren't included. It's not a major issue, but I just want to make sure nothing was misplaced.

Also, while graduation was lovely, I couldn't help but notice I██████ was the only boy wearing black pants. Do you know why that was the case?

Another concern—I was really surprised by the condition of I██████'s clothing. Despite the laundry service being paid for, all of his clothes were dirty, including the white shirt he wore for graduation (even though I had purchased two brand new white tops for him). A significant number of his clothes were so neglected they had developed mildew and mold, and I had to throw them away. Can you clarify what was going on with the laundry service in his case?

Lastly, J██ mentioned that Mr. McDonald gave him a pair of Nike cleats. Given their history of not getting along, I found that a bit unexpected and would prefer to return them if that's okay.

Thanks in advance for your time and help.
Warm regards,
Samantha


~Sent from a mobile phone – please excuse the brevity of the message~

Sincerely,

Samantha Stone,
718-916-5974 (Mobile)
888-482-4855 (Office )

eXp Commercial Advisor I Broker Associate


**Malik Harvey** <mharvey@cardigan.org>                                Sat, May 31, 2025 at 7:23 AM
To: Samantha Stone <samanthastone5910@gmail.com>
Cc: Nicholas Nowak <nnowak@cardigan.org>, Meredith Frost <mfrost@cardigan.org>, Christopher Day
<cday@cardigan.org>, Joe Doherty <jdoherty@cardigan.org>

Hi Samantha,

Thank you for your note — and for your presence at graduation. I know it's a big moment, and I appreciate you reaching out with care and clarity.

First, I want to acknowledge what I believe is at the heart of your message — a deeper concern that ██████ may have been given the cold shoulder in his final days here, and that the school may have responded with neglect as a form of

888-482-4855 (Office )

eXp Commercial Advisor I Broker Associate

On Sat, May 31, 2025, 7:23 AM Malik Harvey <mharvey@cardigan.org> wrote:

Hi Samantha,

Thank you for your note — and for your presence at graduation. I know it's a big moment, and I appreciate you reaching out with care and clarity.

First, I want to acknowledge what I believe is at the heart of your message — a deeper concern that ████ may have been given the cold shoulder in his final days here, and that the school may have responded with neglect as a form of retaliation for actions you felt compelled to take earlier this year. I take that concern seriously. While I can speak to the logistical matters and share what I know, I also want to be transparent in saying that questions of that nature — ones that speak to potential patterns of bias or institutional behavior — are outside of my scope. For that reason, I strongly encourage a conversation with Joe Doherty, our Assistant Head of School, who is in a position to meaningfully hear and respond to those larger concerns. You deserve that audience.

As for the more immediate issues:

Regarding the boxes left in ████'s room — I'm sorry that they were not sealed properly. While I don't have all the details about the packing or timing, I completely understand how it could feel careless, especially given the broader context you're holding. If there are still missing items, I'd be glad to help investigate.

About ████'s graduation attire: he was originally provided gray pants, but from what I understand, they didn't fit comfortably, and he opted for a pair he already had. It wasn't in line with the usual dress, but it seemed to be a decision made in the moment for his comfort.

On the laundry: I hear your frustration, and it makes sense. Throughout the year, ████ had some difficulty getting his clothes consistently to the designated laundry area, which likely contributed to the condition they were in. That said, you rightly expected his belongings to be cared for, and this is something we can and should take seriously as we reflect on how to support students more consistently with day-to-day responsibilities.

Lastly, you're welcome to donate the cleats Mr. McDonald gave ████ — no need to return them directly.

Again, thank you for raising these concerns. I know this may not be the last conversation, and I hope the school is responsive and accountable in engaging the ones that follow. I value the relationship we've built, and I'll continue to carry your insights with care in the work I do.

Warmly,
**Malik Harvey**
Assistant Dean of Students

On Wed, May 28, 2025 at 4:22 PM Samantha Stone <samanthastone5910@gmail.com> wrote:
Hi Nick,

I hope you're doing well.

I wanted to follow up on a few things. ████ mentioned that some of his items would be mailed, but when I checked ████'s room, there were just two poorly packed boxes with no tape on the top or bottom. Some of his belongings were inside, but the fan and other items he expected weren't included. It's not a major issue, but I just want to make sure nothing was misplaced.

Also, while graduation was lovely, I couldn't help but notice ████ was the only boy wearing black pants. Do you know why that was the case?

Another concern—I was really surprised by the condition of ████'s clothing. Despite the laundry service being paid for, all of his clothes were dirty, including the white shirt he wore for graduation (even though I had purchased two brand new white tops for him). A significant number of his clothes were so neglected they had developed mildew and mold, and I had to throw them away. Can you clarify what was going on with the laundry service in his case?

Lastly, ████ mentioned that Mr. McDonald gave him a pair of Nike cleats. Given their history of not getting along, I found that a bit unexpected and would prefer to return them if that's okay.

# EXHIBIT

# F

 **Gmail**

Samantha Stone <samanthastone5910@gmail.com>

## Regarding Leadership Response and Mischaracterization
1 message

**Samantha Stone** <samanthastone5910@gmail.com>                    Sat, May 31, 2025 at 4:27 PM
To: Joe Doherty <jdoherty@cardigan.org>, Christopher Day <cday@cardigan.org>, Nicholas Nowak
<nnowak@cardigan.org>, Meredith Frost <mfrost@cardigan.org>
Bcc: Samantha Stone <samanthastone5910@gmail.com>, Kevin Jr <KYDStone127@gmail.com>, Isaiahjn Stone med
<StoneIsaiah25@gmail.com>, Josh Stone <duckmaster2029@gmail.com>

Dear Mr. Doherty,

It has come to my attention that rather than reflecting on the serious and well-documented concerns I've raised,
**leadership has chosen to focus on discrediting my character—labeling me as 'irrational.'**

That word is weaponized far too often—especially against **Black women** who dare to speak truthfully, directly, and
without apology.
If standing up for my sons, exposing institutional harm, and refusing to be pacified by surface-level gestures makes me
"irrational" in your eyes, **then so be it**.

But let me be crystal clear:
**What you call irrational, I call a mother who refuses to be silenced.**

I've noticed how certain individuals are selectively pulled in only when the situation becomes uncomfortable for the
institution—not to bring justice, but to manage optics. That's not leadership. That's **image control**.

If your first instinct is to discredit me instead of reflect on the harm done—that speaks **more about you** than it ever could
about me.

This is not about personal feelings. This is about **accountability**, **racial equity**, and the undeniable harm caused to two
students under your watch. That harm was met not with repair, but with silence, gaslighting, and now—dismissal.

I will not allow your discomfort with truth to bury what my sons endured.

Sincerely,
**Samantha Stone**


~Sent from a mobile phone – please excuse the brevity of the message~

Sincerely,

Samantha Stone,
718-916-5974 (Mobile)
888-482-4855 (Office )

eXp Commercial Advisor I Broker Associate

# EXHIBIT

# G

 Gmail

Samantha Stone <samanthastone5910@gmail.com>

## Appreciation and Clarification Regarding ▇▇▇▇'s Scholarship Review
1 message

**Samantha Stone** <samanthastone5910@gmail.com>                                           Tue, Mar 25, 2025 at 9:16 PM
To: Greg Bowman <bowmag@blair.edu>, Joe Mantegna <mantej@blair.edu>
Bcc: Isaiahjn Stone med <StoneIsaiah25@gmail.com>, kevin stone <kydstone127@gmail.com>, Josh Stone
<duckmaster2029@gmail.com>, Nicholas Nowak <nnowak@cardigan.org>, Malik Harvey <mharvey@cardigan.org>,
Christopher Day <cday@cardigan.org>, Meredith Frost <mfrost@cardigan.org>

**Dear Coach Bowman,**

I hope this message finds you well. I want to personally thank you for your interest in my son ▇▇▇▇ and for the effort
you made in trying to support him through the scholarship process at Blair. Your belief in his athletic potential and
character has not gone unnoticed, and I sincerely appreciate the time you invested.

I understand from your conversation with the Secondary Advisor at Cardigan Mountain that ▇▇▇▇'s behavior was
portrayed as a concern, which influenced the decision to discontinue his scholarship consideration. While I fully
respect your decision and your standards, I feel compelled as a parent to share essential context that may have been
withheld from you.

What the advisor did not tell you is that ▇▇▇▇ was being mistreated behind the scenes—assaulted by an assistant
coach, a grown man who should have modeled discipline and control, and further emotionally abused by the advisor
himself during a time when ▇▇▇▇ was already injured. This is not speculation; other students who witnessed the
mistreatment spoke up to their parents, which is how I found out. ▇▇▇▇ never even told me himself—he tried to
carry that weight silently, which breaks my heart.

It is both heartbreaking and surprising how well he managed to hold himself together through it all. He continued to
perform at a high level, helping lead his school to victories in both football and basketball. If it hadn't been for other
students speaking out, God knows how much more ▇▇▇▇ would have endured in silence.

This is why I'm reaching out. In fairness to ▇▇▇▇ and other young men like him, I hope schools—Cardigan and beyond
—will start asking the deeper questions. When a child shows signs of struggle or behavioral issues, it is not always a
reflection of poor character. Sometimes, it is a response to mistreatment, fear, or unspoken pain. If these institutions
truly care about the kids, as they claim to, then I pray they begin to look beneath the surface.

It saddens me that ▇▇▇▇'s opportunity at Blair may have been lost based solely on a one-sided perspective. The
influence held by individuals like Mr. Langatieg is powerful, and it's unfortunate when that influence is not used to
uplift but to shut doors—especially for young Black men who depend so heavily on fair guidance and support.

I would be more than willing to discuss this further if you feel it appropriate. If not, I hold no resentment. I simply
wanted to ensure you had a fuller picture of who ▇▇▇▇ is, and to speak up on his behalf. I will remain watchful as my
younger son begins his journey through similar pathways, in hopes of ensuring he is treated with the fairness and
dignity every child deserves.

Thank you again for your time and for the role you play in shaping the lives of young athletes.

Warm regards,


*I've copied the school administration and advisor on this message to ensure full transparency and awareness of the
circumstances discussed.*

- **Samantha Stone**
- **Commercial Real Estate Advisor**
- eXp Commercial
- 718-916-5974
- samantha.stone@expcommercial.com
- **Find Your Ideal Industrial/Retail Space:** Click here

# EXHIBIT

# H

**Jessica Cloud** <jcloud@cardigan.org>                                     Fri, Feb 28, 2025 at 5:12 PM
To: Samantha Stone <samanthastone5910@gmail.com>
Cc: HealthCenter <healthcenter@cardigan.org>, Karen Gray <kgray@cardigan.org>

Good evening,

This is Jess from the Health Center at Cardigan Mountain School. I am writing to inform you about recent contraband found in J...'s room. Specifically, a bottle of sleep gummy vitamins and a bottle of antibiotic eye drops, which are prescribed to an individual named Z... Li......i, not J... or I......, were discovered.

Please be aware that these items are not permitted in the dorms. If you would like Josh to take any additional supplements, we kindly ask that you have his physician complete our prescription medication registration form and send it to the Health Center. Until further notice, we will securely store these items in the Health Center until J...'s departure from school at the end of the academic year.

Thank you for your understanding and cooperation.

--
**Jessica A. Vigh, RN**
*Staff Nurse*
Cardigan Mountain School
62 Alumni Drive
Canaan, NH 03741
Phone # 603.523.3551
Fax # 603.523.7620
Cardigan.org

---

**Samantha Stone** <samanthastone5910@gmail.com>                           Fri, Feb 28, 2025 at 5:56 PM
To: Jessica Cloud <jcloud@cardigan.org>
Cc: HealthCenter <healthcenter@cardigan.org>, Karen Gray <kgray@cardigan.org>

He was supposed to give me these prior to leaving.. he complained about his eyes and I allowed him to use Z...drops and they helped. Didn't know he took them with him. I am aware he is not suppose to have this, as I have gotten more than one authorization from his Dr. For the health department. I will remind him of this.. my apologies for the inconvenience.

~Sent from a mobile phone – please excuse the brevity of the message~

Sincerely,

Samantha Stone,
718-916-5974 (Mobile)
888-482-4855 (Office )

eXp Commercial Advisor I Broker Associate

[Quoted text hidden]

---

**Samantha Stone** <samanthastone5910@gmail.com>                           Fri, Feb 28, 2025 at 6:02 PM
To: Jessica Cloud <jcloud@cardigan.org>
Cc: HealthCenter <healthcenter@cardigan.org>, Karen Gray <kgray@cardigan.org>

After speaking with J⬛ he mentioned that he showed the eye drops to Mr. Wilkenson his dorm parent.  And he said you shouldn't have any problem with that.  I reminded him, that next time he should not take any med he's using at home. Thought you should know.

~Sent from a mobile phone – please excuse the brevity of the message~

Sincerely,

Samantha Stone,
718-916-5974 (Mobile)
888-482-4855 (Office )

eXp Commercial Advisor I Broker Associate


On Fri, Feb 28, 2025, 5:12 PM Jessica Cloud <jcloud@cardigan.org> wrote:
[Quoted text hidden]

# EXHIBIT

# I

 **Gmail**                                    Samantha Stone <samanthastone5910@gmail.com>

## Failure of Leadership and Continued Harm Toward My Sons

**Samantha Stone** <samanthastone5910@gmail.com>                     Sat, May 31, 2025 at 12:11 PM
To: Malik Harvey <mharvey@cardigan.org>
Cc: Nicholas Nowak <nnowak@cardigan.org>, Meredith Frost <mfrost@cardigan.org>, Christopher Day
<cday@cardigan.org>, Joe Doherty <jdoherty@cardigan.org>
Bcc: Terry Winston <destinycoaching@msn.com>, Kevin Jr <KYDStone127@gmail.com>

Mr.Harvey,

While I appreciate the tone of your response, I cannot overlook the deeper truth: what has happened to my sons under the leadership at Cardigan is not just disappointing—it is inexcusable.

A phone call was **immediately requested** following the incident in which **Mr. Ryan Frost physically grabbed my son Joshua and screamed that he was a "disgrace" to the school.** That call still has not happened. There was no follow-up, no accountability—just silence.

Let me be absolutely clear: **if anyone has brought disgrace to this institution, it is not my son—it is the leadership that has allowed certain athletic directors to abuse their power without consequence.** And what's worse is the number of adults who stood by and enabled it—those who pretended to be investigating, or claimed they "didn't see it." Your silence did not go unnoticed. **I paid attention.**

Mr. Doherty once told me that Joshua was "loved." And yet, he was overlooked for every leadership position, despite the fact that **he improved every space he entered.** Then, in a blatant act of retaliation, **he was demoted from varsity to JV football by Mr. Langatieg**—a move clearly meant to humiliate him. Ironically, **Joshua was the very reason the team ever won.** I was contacted by multiple parents who thanked me for what he brought to the team. So no—I don't believe the narrative that he had "allies" and was treated fairly. **He was not.** And neither was Isaiah.

I defended and tried to protect one son—and you **ALL** retaliated against the other. **Shame on you.**

The message has been painfully clear: **protect the staff, silence the truth, and dismiss the pain of families of color.**

And yes—**a cold shoulder is the least of what Isaiah experienced.** Outside of Mr. Harvey, he was clearly ignored. The emotional isolation he felt was real and deeply damaging. His state of mind became unrecognizable—**something we had never seen in him before Cardigan.**

Even more disturbing was the moment **Mr. Langatieg purposefully took Isaiah around a group of white men openly carrying firearms.** That was not a mistake. The physical intimidation and racial overtones were unmistakable. No wonder Isaiah pulled back from communicating—**he was shocked into silence.** And when he was later asked about the men with guns, he responded in a way only he could:
**"I didn't notice. My white privilege doesn't pay attention to those things."**

That's not just a clever remark. That's a wound speaking.

I am still waiting for the phone conversation your team continues to postpone. But understand this: I will not allow what happened to my sons to be smoothed over, minimized, or buried beneath polished language and institutional deflection.

Sincerely,
**Samantha Stone**


~Sent from a mobile phone – please excuse the brevity of the message~

Sincerely,

Samantha Stone,
718-916-5974 (Mobile)

# EXHIBIT

# J



## equest for Victim Advocate Contact and Reconsideration of I◼◼◼ S◼◼◼ Case
nessage

**mantha Stone** <samanthastone5910@gmail.com>                                        Fri, Jun 20, 2025 at 10:49 /
: uvpa@hanovernh.org

)ear Attorney Pastore,good morning.

 hope this message finds you well. I'm writing regarding the case involving my son, I◼◼◼S◼◼◼ and an incident that occurred at
Cardigan Mountain School on February 7, 2025, involving staff member Mr. Collins.

\t the time the case was still open, we participated in a call with your office and a victim advocate present. I would greatly appreciate it
f you could provide me with that individual's name and contact information, as I would like to reconnect with them for support and
juidance.

\dditionally, I am requesting a formal review and possible reopening of the case, as I now have significant new evidence and
corroborating support, including:

/ideo footage showing another staff member, Mr. Kellaher, physically mishandling students—calling his credibility as a witness into
serious question

\ confirmed timeline from multiple parents who heard the mother of the student eyewitness state that her son witnessed I◼◼◼ being
assaulted on February 7

The parent of that student is now willing to cooperate directly

\dditional details regarding neglect and retaliation Isaiah faced in the weeks following the incident

 believe this new information materially strengthens the case and provides grounds for re-evaluation. I have also been in
communication with Chief Ryan Porter, who is currently reviewing the updated materials.

Please let me know the best way to submit these supporting documents and video files to your office. I look forward to your response
and appreciate your time and attention to this serious matter.

Sincerely,
Samantha Stone

~Sent from a mobile phone – please excuse the brevity of the message~

Sincerely,

Samantha Stone,
718-916-5974 (Mobile)
388-482-4855 (Office )

eXp Commercial Advisor I Broker Associate

 **Gmail**

Samantha Stone <samanthastone5910@gmail.com>

---

## Requested Evidence Submission & Reconsideration of Assault Case Involving Isaiah Stone

1 message

**Samantha Stone** <samanthastone5910@gmail.com>
To: rporter@canaanpolicenh.gov

Wed, Jun 4, 2025 at 12:02 AM

Dear Chief Porter,

Thank you again for your time and for requesting that I send this information via email. I'm writing to follow through on your request and to formally submit new evidence and additional context regarding the assault involving my son, Isaiah Stone, and the broader pattern of abuse and retaliation we experienced at **Cardigan Mountain School**.

### New Evidence Against Mr. Kellaher—Key Witness Credibility in Question

The original case did not proceed largely due to **Mr. Kellaher being listed as the sole witness**. However, I am now submitting **video evidence clearly showing Mr. Kellaher himself using force against minors**, including my son and another student, E█████.

Given this, I respectfully urge that Mr. Kellaher's credibility as a witness be formally **re-evaluated**. How can his testimony be seen as trustworthy when he is visibly engaging in **child abuse on school grounds**? I believe this new evidence should prompt a **reconsideration of the entire case against Mr. Collins**, especially since the original decision was based on testimony from someone now proven to have directly harmed students.

### Why This Is Coming Forward Now

If I did not submit this earlier, it is not because I lacked concern or evidence—I did everything I could to seek internal accountability. I followed every formal and respectful path through the school administration, hoping that truth would be honored.

Instead, I was met with **stonewalling and character attacks**, including being labeled as "irrational" by **Mr. Doherty**, the very person who allegedly handled the investigation into the assault involving **Mr. Frost and my other son, J█████**. This kind of internal dismissal only delays justice.

The **other parent of E███ O███**, like me, only felt safe enough to speak out **after her son graduated** and has now confirmed her willingness to cooperate.

### Ongoing Concerns of Abuse and Intimidation

- Students were **explicitly warned** by faculty not to discuss incidents on social media or face "punishment."
- My son I███ was **publicly bullied with faculty present** and **no intervention**, indicating **retaliation and psychological abuse**.
- There appears to be a **coordinated effort among faculty to discredit him**, pressure him into retracting his account, and isolate him emotionally.
- Additional concerns include the **sudden removal of two male students under suspicious circumstances**, which students speculated involved a **potential sexual incident**—yet the school provided no transparency or safeguarding.

### Request for Action

As requested, I am now submitting:

- The **video footage** (will follow in a separate email or upload link due to size)
- **Written communications and emails** regarding Mr. Frost and J███████'s treatment
- Confirmation that E███ O██' **parent is willing to cooperate**
- Any additional documentation you require

I respectfully request a **full review and reopening of the assault case** and a deeper investigation into the broader misconduct patterns at Cardigan Mountain School.

Please confirm the best method for sending large video files and supporting attachments.

CARDIGAN BOYS INCIDENTS

With gratitude for your continued attention to this matter,
**Samantha Stone**
718-916-5974


⊙ **Samantha Stone**
🏢 **Commercial Real Estate Advisor**
⊙ eXp Commercial
📞 718-916-5974
✉ samantha.stone@expcommercial.com
🔷 **Find Your Ideal Industrial/Retail Space:** Click Here


---

▢ **video e███n assault WhatsApp Video 2025-06-02 at 08.33.23_b7fc0178.mp4**
    4991K


**ormal Request for Review – Mishandled Assault Case Involving My Son, I███ S████ at Cardiga ountain Boarding School, Grafton County, NH**

nessage

---

mantha Stone <samanthastone5910@gmail.com>                    Wed, Jun 25, 2025 at 4:14 I
: Samantha Stone <samanthastone5910@gmail.com>

---

)ear Attorney Martha Hornick,

hope this message finds you well. My name is Samantha Stone, and I am writing to you as a deeply concerned mother and advocate or my 16-year-old son, I█████. I am requesting your immediate attention and intervention regarding the mishandling of a serious ncident involving I█████ that took place earlier this year within Grafton County.

)espite multiple reports, follow-ups, and newly submitted evidence, the case has been effectively swept under the rug, with troubling signs of bias, procedural neglect, and an environment unsafe for Black children. Below is a **chronological summary** of the events, ncluding all attempted legal channels and administrative responses (or lack thereof):

---

### Chronological Timeline: Isaiah's Assault Case Involving Mr. Kevin Collins

**February 7, 2025**

- **Incident Occurred:** My son I█████ was allegedly **assaulted by staff member Mr. Kevin Collins** on school grounds.

**February 16, 2025**

- **Discovery:** I first learned of the incident during a **phone call with approximately 16 other parents**.

**February 18, 2025**

- **Confirmed with I█████:** My son confirmed the details of the assault.
- **Reported the Incident:**
  - **By phone** to Nick Novak (staff).
  - **By email** to Mr. Day, Joe Doherty, and other school officials.
- **School Response:** I was **stonewalled**—no meaningful investigation or action was taken.
- **Police Contacted:** I contacted the **local police directly** due to school inaction.

**February 24, 2025**

- **Police Interview:** I█████ and dorm parent Mr. Harvey **provided testimony** to Chief Officer Ryan Porter.

**April 10, 2025**

- **Call from Stacey Cass:** The **Victim Advocate** called to schedule a Zoom meeting regarding the case.

**April 11, 2025**

- **Zoom Case Review Meeting:**
  - Attended by Prosecutor **Mariana Pastori**, Victim Advocate **Stacey Cass**, Chief **Ryan Porter**, and myself.
  - **Outcome:** Case closed. Rationale given:
    - No adult eyewitnesses (though a minor reportedly saw it but was afraid to speak to police but did tell the school adminiatration).
    - Mr. Christopher Kelaher, a staff member, **testified in defense of Mr. Collins**, contradicting I█████

**June 4, 2025**

- **New Evidence Submitted:** I submitted **evidence discrediting Kelaher's credibility** as a witness and expressed safety concerns about racial animus and a pattern of silence among students and parents due to fear.
  - This was first discussed via phone with Chief Ryan Porter and then formally sent to **Prosecutor Pastori.**

**June 11, 2025 (approx.)**

- **Follow-Up:** I emailed for updates after hearing nothing.
  - Chief Porter **confirmed receipt** of my evidence, but again, **no action was taken thus far. He said he was going to need**

# EXHIBIT

# K

 **Gmail**

Samantha Stone <samanthastone5910@gmail.com>

---

## Cardigan Mountain School
1 message

---

**Stapleton, Mark** <mstapleton@neasc.org>                                    Wed, Sep 24, 2025 at 1:09 PM
To: "samanthastone5910@gmail.com" <samanthastone5910@gmail.com>
Cc: "Willis, Kathy" <kwillis@neasc.org>, Edie Traina <etraina@neasc.org>

Dear Ms. Stone:

On behalf of NEASC, I acknowledge receipt of your complaint.

Please be advised that NEASC does not have the authority to intervene in personal complaints, but does maintain a Whistleblower Policy that allows members of the public to notify NEASC of a member school that is not operating in conformance with NEASC Standards of Accreditation. The school must be engaging in a pattern or practice of violating these standards and we require evidence from the notifier that substantiates the claims being asserted.

Would you please provide specific information regarding the acts or omission of racial prejudice with respect to your son? We need dates, events, the names of those committing these acts, and any surrounding details and circumstances that would help us determine if we would have authority to review the matter with the school. Your email also lists other people who share your experiences and beliefs. It would also be helpful for them to describe the specific details and events which lead them to conclude that the school is racially discriminating. Also, please describe efforts you have undertaken to resolve the matter with school officials.

Once we receive this addtional information, we will be better positioned to evaluate the merits of your information and decide the appropriate course of action.

I regret the impact of this situation on your son and family. While any eventual outcome of our review may not directly benefit your son, if the allegations are substantiated we will work with the school to remedy the situation for other current and future students.

Sincerely,

Mark A. Stapleton

Director of External Affairs
NEASC

---